# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TERRY SHERIDAN, ) | |
| ) | |
|    Plaintiff, ) | No. 3:16-CV-00213 |
| ) | |
| v. ) | Judge Sharp |
| ) | Magistrate Judge Newbern |
| DIVERSIFIED ADJUSTMENT ) | |
| SERVICE, INC., ) | |
| ) | |
|    Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Docket No. 24) is hereby **GRANTED** and Plaintiff's Complaint is hereby **DISMISSED with prejudice**. The Clerk of the Court shall prepare and enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1